PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Willy Farah                                    Cr.: 01-CR-655
                                                                  PACTS #: 29468

Name of Sentencing Judicial Officer: The Honorable William H. Walls. Sr. United District Judge

Date of Original Sentence: 9/27/05

Original Offense: 01-CR-210:   Fraud by Wire ( 4 counts), Money Laundering- Wire Fraud ( 4 counts)
                 01-CR-655:   Bank Fraud

Original Sentence:  80 months custody, 5 years supervised release.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 12/08/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Farah's supervised release term is scheduled to expire on December 7, 2014. He has an outstanding restitution obligation, and has made nominal but consistent payments towards restitution totaling $3,050.64. |

U.S. Probation Officer Action:

The Probation Office recommends that the offender's supervised release term be allowed to expire as scheduled on December 7, 2014. We request that the Financial Litigation Unit commence collection of the outstanding financial obligation upon expiration of supervision.

Respectfully submitted,

**Maureen Kelly** Digitally signed by Maureen Kelly
DN: cn=Maureen Kelly, o, ou=Supervising U.S. Probation Officer,
email=Maureen_Kelly@NJP.uscourts.gov, c=US
Date: 2014.10.09 14:32:19 -04'00'

By:  Kellyanne Kelly
     Senior U.S. Probation Officer
Date:  10/09/14

### The Court Orders that Probation:

[✓] Allow supervision to terminate with outstanding restitution obligation
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

14 October 2014
Date